### GEO. H. BRADSHAW v. THE STATE.

No. 3297.    Decided December 20, 1905.

**Rape—Corpus Delicti—Confession.**

On trial for rape of a child under the age of 15 years, where the corpus delicti was proven, a confession of the defendant is sufficient to sustain a conviction; especially where other evidence supports the confession.

Appeal from the District Court of Williamson. Tried below before Hon. V. L. Brooks.

Appeal from a conviction of rape; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

*H. N. Groves & D. S. Chessher,* for appellant.

*Howard Martin,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted for rape, upon a child under the age of 15 years, and his punishment fixed at confinement in the penitentiary for a term of five years.

He confessed to the crime, in the presence of several parties. The evidence shows that prosecutrix gave birth to a child. The testimony for the State shows that at the time of the rape prosecutrix was 14 years of age. We have heretofore held that where the corpus delicti is proven, a confession is of sufficient cogency to connect the party making the confession with the murder; and therefore sufficient evidence to support the conviction. Gallegos v. State, 12 Texas Ct. Rep., 792; Attaway v. State, 35 Texas Crim. Rep., 403. We think the evidence, in addition to the above, shows a certain character of association of prosecutrix with defendant. Upon one occasion her mother on returning home, found appellant talking to prosecutrix.

The record contains various bills of exceptions, but under the qualifications and statements of the court, we do not think any of them present any error requiring a reversal, or that require us to review them.

No error appearing in the record, the judgment is affirmed.

*Affirmed.*

[Motion for rehearing overruled without written opinion.—Reporter.]